Steven GLAZER, Plaintiff/Appellant,

v.

CITY OF CHESTERFIELD, Defendant/Respondent.

No. ED 103203

Missouri Court of Appeals, Eastern District.

Filed: April 5, 2016

Scott L. Kolker, Brent E. Labovitz (co-counsel), 7700 Bonhomme Ave., Suite 350, Clayton, Missouri 63105, for Appellant.

Peter J. Dunne, Robert T. Plunkert (co-counsel), 100 South Fourth Street, Suite 400, St. Louis, Missouri 63102, for Respondent.

Before Lisa Van Amburg, C.J., Robert G. Dowd, Jr., J., and Lawrence E. Mooney, J.

*ORDER*

PER CURIAM

Steve Glazer appeals the trial court's summary judgment in favor of the City of Chesterfield in a personal injury suit arising from a cycling accident. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).